UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KEVIN JOSE LAINEZ VILLEGAS,

Petitioner,

v.

WARDEN, Imperial Regional Detention Facility, et al.,

Respondents.

Case No.: 3:26-cv-4770-CAB-AHG

**ORDER:**
**(1) DENYING PETITION FOR A WRIT OF HABEAS CORPUS; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 2]**

Petitioner Kevin Jose Lainez Villegas has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he claims that he is being incorrectly detained under 8 U.S.C. § 1225 instead of 8 U.S.C. § 1226. [Doc. No. 1 ("Petition").]

Following *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), noncitizens like Petitioner are subject to the discretionary detention provisions of § 1226(a), including a bond hearing. Petitioner's hearing pursuant to *Rodriguez Vazquez* is scheduled for September 16, 2026. [Doc. No. 5.]

///

///

///

The Court therefore **DENIES** the Petition because Petitioner is receiving the relief he requested. Should Respondents fail to provide the scheduled bond hearing, Petitioner may file an Amended Petition.

The Court also **DENIES** the motion for a temporary restraining order. [Doc. No. 2.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 11, 2026

Hon. Cathy Ann Bencivengo
United States District Judge